Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*      11th Circuit Docket Number: No. 23-13200-F

| Caption: | |
|---|---|
| CITY OF BRUNSWICK, by and through its MAYOR AND BOARD OF COMMISSIONERS, <br><br> Plaintiff, <br><br> v. <br><br> HONEYWELL INTERNATIONAL, INC. f/k/a ALLIED CHEMICAL CORPORATION and as ALLIEDSIGNAL, INC., and THE GEORGIA POWER COMPANY, <br><br> **Defendants.** | District and Division: Superior Court of Glynn County/ Civil <br> Name of Judge: Stephen D. Kelley <br> Nature of Suit: Other Tort <br> Date Complaint Filed: 10-20-2022 <br> District Court Docket Number: _____ <br> Date Notice of Appeal Filed: 09/25/2023 <br> ☐ Cross Appeal    ☐ Class Action <br> Has this matter previously been before this court? <br> ☐ Yes    ☒ No <br> If Yes, provide <br> (a) Caption: _____ <br> (b) Citation: _____ <br> (c) Docket Number: _____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant: <br> ☐ Plaintiff <br> ☒ Defendant <br> ☐ Other (Specify) | T. Joshua R. Archer <br> BALCH & BINGHAM LLP <br><br> Benjamin H. Brewton <br> BALCH & BINGHAM LLP <br><br> Amber Carter <br> Mark D. Johnson <br> GILBERT HARRELL SUMERFORD & MARTIN, PC <br><br> Brian D. Israel <br> ARNOLD & PORTER | 30 Ivan Allen Jr. Blvd, Suite 700 <br> Atlanta, Georgia 30308 <br><br> 801 Broad Street, Suite 800 <br> Augusta, Georgia 30901 <br><br> 777 Gloucester Street, Suite 200 <br> Brunswick, Georgia 31520 <br><br><br> 777 S. Figueroa Street, Floor 44 <br> Los Angeles, California 9001 | 404-962-3556, 866-332-8986, jarcher@balch.com <br><br> 404-861-6020, 866, 258-8984, bbrewton@balch.com <br><br> 912-265-6700, 912-264-0244, acarter@ghsmlaw.com <br> mjohnson@ghsmlaw.com <br><br> 213-243-4000, 213-243-4199, brian.isreal@arnoldporter.com |
| For Appellee: <br> ☒ Plaintiff <br> ☐ Defendant <br> ☐ Other (Specify) | John C. Bell, Jr. <br> Pamela S. James <br> The Bell Firm <br><br> Brian D. Corry <br> Whelchel &McQuigg, LLC <br><br> Robert B. Jackson, IV <br> Law Office of Robert Jackson <br><br> Robert P. Killian <br> Killian & Boyd, P.C. | 457 Greene Street <br> Augusta, Georgia 30903 <br><br><br> 504 Beachview Dr., Suite 3D <br> St. Simons Island, Georgia 31522 <br><br> 260 Peachtree Street, Suite 2200 <br> Atlanta, Georgia 30303 <br><br> 506 Monk Street <br> Brunswick, Georgia 35120 | 706-722-2014, john@bellfirm.net <br> pam@bellfirm.net <br><br> 912-638-1174, brian@msclawga.com <br><br> 404-313-2039, Rbj4law@gmail.com <br><br> 912-263-9520, bob@killianlawfirm.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☒ Federal Question <br> ☒ Diversity <br> ☐ US Plaintiff <br> ☐ US Defendant | ☒ Final Judgment, 28 USC 1291 <br> ☐ Interlocutory Order, 28 USC 1292(a)(1) <br> ☐ Interlocutory Order Certified, 28 USC 1292(b) <br> ☐ Interlocutory Order, Qualified Immunity <br> ☐ Final Agency Action (Review) <br> ☐ 54(b) | ☒ Dismissal/Jurisdiction <br> ☐ Default Judgment <br> ☐ Summary Judgment <br> ☐ Judgment/Bench Trial <br> ☐ Judgment/Jury Verdict <br> ☐ Judgment/Directed Verdict/NOV <br> ☐ Injunction <br> ☐ Other _____ | Amount Sought by Plaintiff: $_____ <br> Amount Sought by Defendant: $_____ <br> Awarded: $_____ to _____ <br> Injunctions: <br> ☐ TRO <br> ☐ Preliminary    ☐ Granted <br> ☐ Permanent    ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☒ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☒ Yes ☐ No

  If Yes, provide
  (a) Case Name/Statute  28 USC § 1331, 28 USC § 1332, 28 USC § 1442
  (b) Citation _____
  (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
  (a) Arises from substantially the same case or controversy as this appeal? ☒ Yes ☐ No
  (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☒ Yes ☐ No

  If Yes, provide
  (a) Case Name  City of Brunswick v. Honeywell Int'l et at.
  (b) Citation _____
  (c) Docket Number if unreported   CE22-0186
  (d) Court or Agency  Superior Court of Glynn County

(4) Will this appeal involve a conflict of law
  (a) Within the Eleventh Circuit? ☐ Yes ☒ No
  (b) Among circuits? ☐ Yes ☒ No

  If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Whether the district court erred in remanding this action to the Superior Court of Glynn County based on its holdings that:
1. the federal officer removal statue (28USC§1442) does not apply;
  2. this case does not involve a claim arising under federal law; and
  3. Georgia Power Company was not fraudulently joined to defeat diversity jurisdiction.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  12th  DAY OF  October , 2023 .

Benjamin H. Brewton                                        /s/ Benjamin H. Brewton
NAME OF COUNSEL (Print)                                    SIGNATURE OF COUNSEL