**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                  In Replying Give Number
Clerk                                                                                                    Of Case and Names of Parties

August 8, 2024

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **DECEMBER 16, 2024, IN ATLANTA, GEORGIA.  COURT WILL BE HELD MONDAY-WEDNESDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

-------------------------------------------------------------------------------------------------------------------------------
***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #5.***

| Case No. | Case Name |
|---|---|
| 23-12342 | Benshot, LLC v. 2 Monkey Trading, LLC, et al. (REVISED ARGUMENT DATE) |
| 23-12065 | Walter Vega v. Fred R. Kahle, et al. |
| 23-13200 | City of Brunswick v. Honeywell International, Inc., et al. |
| 23-11418 | Jasmine Younge v. Fulton Judicial Circuit District Attorney's Office, GA |
| 23-11890 | Latoya Glenn v. Shane Britt, et al. |
| 23-12793 | Michael Mosier v. Global Economic Opportunities Group INC, et al. |
| 23-12136 | United States v. Plamen Velinov |
| 23-12985 | Jeffery Milner v. Baptist Health Montgomery, et al. (REVISED ARGUMENT DATE) |
| 23-13025 | William Sweet, et al. v. Chief Justice of Florida Supreme Court |
| 23-12050 | State of Georgia v. Eric Heinze, et al. |
| 23-12765 | David Watkins v. Commissioner, Social Security Administration |
| 23-12772 | Mark Gardner, et al. v. Keisha Bottoms, et al. |
| 23-10697 | United States v. Karl Kluge |
| 23-12457 | United States v. Jeffery Lewis |
| 22-10071 | Royce W. Cook v. Secretary, Florida Department of Corrections, et al. |
| 23-13097 | William Corey, et al. v. Rockdale County, et al. |