# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13200

_____

CITY OF BRUNSWICK,
by and through its Mayor and
Board of Commissioners,

                                              Plaintiff-Appellee,

*versus*

HONEYWELL INTERNATIONAL, INC.
f.k.a. Allied Chemical Corporation,
f.k.a. Allied Signal, Inc.,
THE GEORGIA POWER COMPANY,

                                              Defendants-Appellants.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 2:22-cv-00132-JRH-BWC

_____

ORDER:

Appellee's motion to strike portions of Appellant Georgia Power Company's reply brief is DENIED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION