# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13200

_____

CITY OF BRUNSWICK,
by and through its Mayor and
Board of Commissioners,

                                                    Plaintiff-Appellee,

*versus*

HONEYWELL INTERNATIONAL, INC.
f.k.a. Allied Chemical Corporation,
f.k.a. Allied Signal, Inc.,
THE GEORGIA POWER COMPANY,

                                                    Defendants-Appellants.

_____

2　　　　　　　　　　Order of the Court　　　　　　　　　　23-13200

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 2:22-cv-00132-JRH-BWC

---

ORDER:

Appellee's Motion to Dismiss the appeal of Honeywell International, Inc. and The Georgia Power Company is carried with the case.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION