# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13200

_____

CITY OF BRUNSWICK,
by and through its Mayor and
Board of Commissioners,

                                                Plaintiff-Appellee,

*versus*

HONEYWELL INTERNATIONAL, INC.
f.k.a. Allied Chemical Corporation,
f.k.a. Allied Signal, Inc.,
THE GEORGIA POWER COMPANY,

                                                Defendants-Appellants.

_____

2              Order of the Court              23-13200

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 2:22-cv-00132-JRH-BWC

_____

ORDER:

The parties are DIRECTED to brief the following question:

On September 18, 2024, the City of Brunswick filed an amended complaint in Glynn County Superior Court. What effect, if any, does that have on the jurisdiction of this Court to entertain an appeal of the district court's September 1, 2023, remand order?

Both parties' briefs are due within 10 days after the date of this order and shall not exceed 3000 words.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION