No. 23-13200-F
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT
_____

**HONEYWELL INTERNATIONAL, INC. f/k/a ALLIED CHEMICAL CORPORATION and as ALLIEDSIGNAL, INC., and GEORGIA POWER COMPANY,**

                                           Appellants

v.

**CITY OF BRUNSWICK, by and through its MAYOR AND BOARD OF COMMISSIONERS,**

                                           Appellee
_____

On Appeal from the United States District Court for the
Southern District of Georgia
No. 2:22-cv-00132
_____

**RESPONSE OF THE CITY OF BRUNSWICK,
PLAINTIFF/APPELLEE, TO THIS COURT'S
ORDER OF NOVEMBER 22, 2024**
_____

| | | |
|---|---|---|
| John C. Bell, Jr. | Robert P. Killian | Brian D. Corry |
| GA Bar No. 048600 | GA Bar No. 417575 | McQuigg Smith & Corry |
| Pamela S. James | Killian Law Firm, LLC | 504 Beachview Drive |
| GA Bar No. 389015 | 47 Professional Drive | Suite 3-D |
| The Bell Firm | Brunswick, GA 31520 | St. Simons Island, SC 31522 |
| PO Box 1547 | (912) 263-9520 | (912) 638-1174 |
| Augusta, GA 30903-1547 | bob@killianlawfirm.com | brian@msclawga.com |
| (706) 722-2014 | | |
| john@bellfirm.net | | |
| pam@bellfirm.net | | |

*Attorneys for Appellee*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, the undersigned counsel of record for Appellee The City of Brunswick files this Certificate of Interested Persons and Corporate Disclosure Statement and certify the following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

- Archer, T. Joshua R., counsel for appellant Georgia Power Company

- Arnold & Porter Kaye Scholer LLP, law firm for Appellant Honeywell International, Inc.

- Balch & Bingham LLP, law firm of counsel for Appellant Georgia Power Company

- Bell, John C., Jr., counsel for Appellee City of Brunswick

- Birkel, Charles, counsel for Appellant Honeywell International, Inc.

- Brewton, Benjamin H., counsel for Appellant Georgia Power Company

- Carter, Amber M., counsel for Appellant Honeywell International, Inc.

- City of Brunswick, Appellee

- Corry, Brian Donald, counsel for Appellee City of Brunswick

- Fayne, S. Zachary, counsel for Appellant Honeywell International, Inc.

- Georgia Power Company, Appellant

- Gilbert, Harrell, Sumerford & Martin, P.C., law firm of counsel for Appellant Honeywell International, Inc.

- Hall, J. Randal, Judge, United States District Court for the Southern District of Georgia

- Honeywell International, Inc. (NASDAQ: HON), Appellant

- Israel, Brian D., counsel for Appellant Honeywell International, Inc.

- James, Pamela S., counsel for Appellee City of Brunswick

- Johnson, Mark D., counsel for Appellant Honeywell International, Inc.

- Killian Law Firm LLC, law firm of counsel for Appellee City of Brunswick

- Killian, Robert P., counsel for Appellee City of Brunswick

- McQuigg Smith & Corry, law firm of counsel for Appellee City of Brunswick

- Southern Company (NYSE: SO), publicly held corporation that owns 100% of stock of Appellant Georgia Power Company

The Bell Firm, law firm of counsel for Appellee City of Brunswick

                                      *s/ John C. Bell, Jr.*
                                      John C. Bell, Jr.
                                      Counsel for Appellee City of Brunswick

## RESPONSE OF THE CITY OF BRUNSWICK, PLAINTIFF-APPELLEE, TO THIS COURT'S ORDER OF NOVEMBER 22, 2024

The pending appeal of the Order of the district court granting the City of Brunswick's motion to remand addresses the original Complaint that was filed in the Superior Court of Glynn County, Georgia, on October 20, 2022. Following remand, the original Complaint has been superceded by the first Amended Complaint filed September 18, 2024, and the Second Amended Complaint filed October 15, 2024. The pending appeal has been rendered moot as the decision of the district court that is being appealed, as well as the briefing of the parties to this Court, all address the original Complaint and only the original Complaint.

This Court has held:

> As a panel of this Court has put it, "[a]n issue is moot when it no longer presents a live controversy with respect to which the court can give meaningful relief." *Friends of Everglades v. S. Fla. Water Mgmt. Dist.*, 570 F.3d 1210, 1216 (11th Cir.2009) (internal quotation marks omitted). Moreover, we do not determine questions of justiciability simply by looking to the state of affairs at the time the suit was filed. Rather, the Supreme Court has made clear that the controversy "must be extant at all stages of review, not merely at the time the complaint is filed." *Preiser v. Newkirk*, 422 U.S. 395, 401, 95 S.Ct. 2330, 45 L.Ed.2d 272 (1975) (quoting *Steffel v. Thompson*, 415 U.S. 452, 459 n. 10, 94 S.Ct. 1209, 39 L.Ed.2d 505 (1974)).

*Christian Coalition of Florida, Inc. v. U.S.*, 662 F.3d 1182, 1189-90 (11th Cir. 2011).

The Second Amended Complaint has become the operative pleading in this case, and the original Complaint that was addressed by the court below and is the

subject of this appeal is no longer the operative pleading. The original Complaint has been legally abandoned. *Rockwell Intern. Corp. v. U.S.*, 549 U.S. 457, 473-474 (2007); *Pintando v. Miami-Dade Housing Agency*, 501 F.3d 1241, 1243 (11th Cir. 2007) (the amended complaint becomes the operative pleading and the original complaint is abandoned).

A ruling dismissing an amended complaint is rendered moot when a second amended complaint is allowed, depriving this Court of jurisdiction of an appeal of the order that dismissed the amended complaint. *Sequeira v. Steinlauf*, 759 Fed.Appx. 792, 794 (11th Cir. 2018).

This appeal is now moot.

The City of Brunswick also notes that the Amended Complaint filed September 18, 2024, and the Second Amended Complaint filed October 15, 2024, are quite similar. On November 14, 2024, the Defendant Honeywell filed a second removal petition to remove this case that was being actively litigated in the Superior Court of Glynn County. The removal was to the United States District Court for the Southern District of Georgia, with the consent of Georgia Power. 2:24-cv-00129-LGW-BWC, Dkt. 1. The City of Brunswick has moved to remand the case, noting *inter alia*, that the new allegations that are in the Second Amended Complaint are essentially the same as the allegations of the first Amended Complaint that was filed more than thirty

-2-

days before Honeywell's second removal petition. *Id*., Dkt. 4. As such, it would appear that Honeywell's second removal to the federal district court will not be successful.

At any rate, this appeal that deals with the now superceded original Complaint is moot and should be dismissed.

Respectfully submitted,

 s/ John C. Bell, Jr.
John C. Bell, Jr. (Ga. Bar No. 048600)
Pamela S. James (Ga. Bar No. 389015)
THE BELL FIRM
PO Box 1547
Augusta, GA 30903-1547
(706) 722-2014
John@bellfirm.net
Pam@bellfirm.net

Robert P. Killian (Ga. Bar No. 417575)
KILLIAN LAW FIRM LLC
47 Professional Drive
Brunswick, GA 31520
(912) 263-9520
bob@killianlawfirm.com

Brian Donald Corry (Ga. Bar No. 165557)
McQUIGG SMITH & CORRY
504 Beachview Drive Suite 3D
Saint Simons Island, GA 31522
(912) 638-1174
brian@msclawga.com

Counsel for Appellee City of Brunswick

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I certify this motion complies with the type-volume limitation set forth in Federal Rule of Appellate Procedure 32(a)(7)(B) and contains 566 words. The type size and style used in this brief are font size 14, Times New Roman Style.

     *s/ John C. Bell, Jr.*
     Counsel for Appellee City of Brunswick

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November, 2024, I have filed the foregoing **RESPONSE OF THE CITY OF BRUNSWICK, PLAINTIFF/APPELLEE TO THIS COURT'S ORDER OF NOVEMBER 22, 2024**, with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

    *s/ John C. Bell, Jr.*
John C. Bell, Jr.
Counsel for Appellee City of Brunswick