# In the
# United States Court of Appeals
## For the Eleventh Circuit

———————————————

No. 23-13200

———————————————

CITY OF BRUNSWICK,
 by and through its Mayor and
 Board of Commissioners,

*Plaintiff-Appellee,*

*versus*

HONEYWELL INTERNATIONAL, INC.
 f.k.a. Allied Chemical Corporation,
 f.k.a. Allied Signal, Inc.,
THE GEORGIA POWER COMPANY,

*Defendants-Appellants.*

———————————————

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 2:22-cv-00132-JRH-BWC

———————————————

Before BRANCH, LUCK, and LAGOA, Circuit Judges.

BY THE COURT:

The parties are DIRECTED to brief the following questions:

2                          Order of the Court                          23-13200

1. Address whether the outcome of the Supreme Court's consideration of *Chevron USA Inc. v. Plaquemines Parish*, No. 24-813 (argued Jan. 12, 2026), might affect this Court's decision, such that we should stay the appeal pending a decision in that case.

2. Address whether *Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2023), requires an automatic stay of district court proceedings upon filing of a notice of appeal, such that subsequent state court proceedings are without legal effect for the purpose of mootness.

Both parties' briefs are due within 14 days after the date of this order and shall not exceed 5000 words.