# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————————

No. 23-13200

————————————————

CITY OF BRUNSWICK,
by and through its Mayor and
Board of Commissioners,

*Plaintiff-Appellee,*

*versus*

HONEYWELL INTERNATIONAL, INC.
f.k.a. Allied Chemical Corporation,
f.k.a. Allied Signal, Inc.,
THE GEORGIA POWER COMPANY,

*Defendants-Appellants.*

————————————————

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 2:22-cv-00132-JRH-BWC

————————————————

Before BRANCH, LUCK, and LAGOA, Circuit Judges.

BY THE COURT:

2                              Order of the Court                    23-13200

We **STAY** this appeal pending a decision of the Supreme Court of the United States in *Chevron USA Inc. v. Plaquemines Parish*, No. 24-813.