In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13200
_____

CITY OF BRUNSWICK,
    by and through its Mayor and
    Board of Commissioners,

*Plaintiff-Appellee,*

*versus*

HONEYWELL INTERNATIONAL, INC.
    f.k.a. Allied Chemical Corporation,
    f.k.a. Allied Signal, Inc.,
THE GEORGIA POWER COMPANY,

*Defendants-Appellants.*

_____

Appeals from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 2:22-cv-00132-JRH-BWC
_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 3, 2026

2                                                                            23-13200

For the Court: DAVID J. SMITH, Clerk of Court